**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

YI MEI WANG,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 08-73999

Agency No. A076-280-010

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 17, 2012[**]

Before:     LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

Yi Mei Wang, a native and citizen of China, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's decision denying his application for asylum and withholding of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence,

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*INS v. Elias-Zacarias*, 502 U.S. 478, 481 n.1 (1992), and we deny the petition for review.

Wang testified that Chinese police sought to arrest him because he assaulted a police officer and obstructed official police duties. Wang does not allege he suffered past persecution, but fears persecution in the future. Substantial evidence supports the agency's finding that, even if credible, Wang failed to establish a well-founded fear of future persecution on account of a protected ground. *See Dinu v. Ashcroft*, 372 F.3d 1041, 1044 (9th Cir. 2004) (ordinary prosecution for criminal activity is not persecution on account of a protected ground). Accordingly, Wang's asylum and withholding of removal claims fail. *See id*. at 1045.

**PETITION FOR REVIEW DENIED.**